**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  05-294 (EGS)** |
| | : | |
| | : | |
| **TY EDWARDO CLARK,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Lionel Andre at telephone number (202) 353-2481 and/or email address

Lionel.Andre@USDOJ.gov .   Mr. Andre will substitute as counsel  for AUSA  D. Ames Jeffress

as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____

Lionel Andre
Assistant United States Attorney
Narcotics Section, Bar No. 422534
555 4th Street, N.W.  Room 4846
Washington, DC 20530
(202) 353-2481