# IN THE
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | 05- 294 (EGS) |
| v. : | |
| : | |
| TY CLARK : | |

### PROPOSED ORDER

Upon consideration of the Defendant's motion to suppress statements, it is this

_____ day of _____, 2005, hereby ORDERED that the motion is GRANTED.

_____
Judge Sullivan

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737

AUSA Lionel Andre
Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530