IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES | : | |
| | : | 05- 294 (EGS) |
| v. | : | |
| | : | |
| TY CLARK | : | |

PROPOSED ORDER

Upon consideration of the Defendant's Motion to Sever Counts, and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED.

_____
Judge Sullivan

cc:
Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave., Suite 202
Riverdale, MD 20737

AUSA Lionel Andre
Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530