IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | 05- 294 (EGS) |
| v. | : | |
| | : | |
| TY CLARK | : | |

PROPOSED ORDER

Upon consideration of the Defendant's motion to suppress evidence, it is this _____ day of _____, 2005, hereby ORDERED that the motion is GRANTED.

_____
Judge Sullivan

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737

AUSA Lionel Andre
Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530