UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CRIMINAL NO. 05-294 (EGS) |
| : | |
| : | |
| TY EDWARDO CLARK, : | |
| : | |
| Defendant. : | |
| _____: | |

**ORDER**

Upon the Court's review of the Government's Motion for Leave to Late File Government's Opposition to Defendants' Motions to Suppress Tangible Evidence, Suppress Statements and Motion to Sever Counts , and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted and Government's Opposition to Defendants' Motions to Suppress Tangible Evidence, Suppress Statements and Motion to Sever Counts  may be filed by November 10, 2005.

Date: _____     _____
　　　　　　　　　　　　　　EMMET G. SULLIVAN
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

copies to:

Lionel Andre, Esquire
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C., 20530

Nikki Lotze, Esquire
Roberts & Wood
Berkshire Building
6801 Kenilworth Avenue
Riverdale, MD 20737