UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-294 (EGS) |
| | : | |
| TY EDWARDO CLARK, | : | |
| | : | Motions Hearing |
| Defendant. | : | January 10, 2006 |
| | : | |

### ORDER

Having reviewed Defendant Ty Edwardo Clark's Motion to Suppress Tangible Evidence, Motion to Suppress Statements, Motion to Sever Counts, the Government's Opposition thereto, any reply by Defendant, and such evidence as has been presented at a hearing on the motions, the Court hereby rules as follows:

Defendant's Motion to Suppress Tangible Evidence is DENIED.

Defendant's Motion to Suppress Statement is DENIED.

Defendant's Motion to Sever Counts is DENIED.

IT IS SO ORDERED.

Date: _____         _____
                                EMMET G. SULLIVAN
                                UNITED STATES DISTRICT JUDGE

copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4649
Washington, D.C., 20530

Nikki U. Lotze, Esquire
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737