UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-294 (EGS) |
| | : | |
| TY EDWARDO CLARK, | : | |
| | : | Motions Hearing |
| Defendant. | : | January 10, 2006 |

## ORDER

WHEREUPON, having considered Government's Motion in Limine Seeking Admission of Evidence Pursuant to Federal Rule of Evidence 404(b), Defendant's Opposition thereto, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Government's Motion is hereby GRANTED.


Date: _____          _____
                                 EMMET G. SULLIVAN
                                 UNITED STATES DISTRICT JUDGE


copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4649
Washington, D.C., 20530

Nikki U. Lotze, Esquire
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737