```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES
       Plaintiff,

  vs.                                            Criminal No. 05-294  (EGS)
TY EDWARDO CLARK
       Defendant.
_____/

**ORDER**

On **DECEMBER 12, 2005**, the defendant pled guilty to Counts One and Four of the Indictment.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **JANUARY 3, 2006**; defendant's memorandum of law, if any shall be filed by no later than **JANUARY 9, 2006**; the Government's memorandum of law, if any shall be filed by no later than **JANUARY 30, 2006,** a reply, if any, shall be filed by no later than **FEBRUARY 14, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **MARCH 7, 2006 AT 11:00 A.M.**

IT IS SO ORDERED.

DATE: December 12, 2005  EMMET G. SULLIVAN
                                     UNITED STATES DISTRICT JUDGE