UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | 05-294 (EGS) |
| TY CLARK | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO LATE FILE SENTENCING MEMORANDUM**

Defendant, Ty Clark, by and through counsel, respectfully moves this Honorable Court for leave to late file a memorandum in aid of sentencing addressing the appropriate post -*Booker* sentence for possession with intent to distribute crack as opposed to powder cocaine. In support of this motion, counsel states the following:

1. On December 12, 2005, pursuant to a plea agreement, Mr. Clark pled guilty to – among other things – possession with intent to distribute crack cocaine.

2. At the time of the plea, undersigned counsel made the Court aware of her intention to seek a sentence in the guideline range for powder, as opposed to crack, cocaine.

3. The Court set a briefing schedule on the issue, and undersigned counsel agreed to provide a memorandum on the issue on or before January 9, 2006.

4. Due to a busy schedule, counsel failed to timely file the memorandum.

5. Sentencing is set for March 7, 2006.  A presentence report has been ordered but not yet prepared.

6. Counsel asks for additional time, up to and including Monday, January 16, 2006, in order to prepare and file the memorandum on this issue.

7. Counsel spoke with assigned AUSA Jessie Liu, who does not oppose the instant request so long as the memorandum is filed on or before Monday, January 16, 2006.

WHEREFORE, Mr. Clark respectfully requests an extension to January 16, 2006, to file the sentencing memorandum on the above specified issue.

                                            Respectfully submitted,

                                            _____
                                            Nikki Lotze
                                            Roberts & Wood
                                            6801 Kenilworth Ave.
                                            Suite 202
                                            Riverdale, MD 20737
                                            (301) 699-0764
                                            Counsel for Ty Clark

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion has been sent by fax and by mail this _____ day of _____, 2006, to:

                                  AUSA Jessie Liu
                         Office of the United States Attorney
                              555 4th Street, N.W.
                              Washington, D.C. 20530

                                            _____
                                            Nikki Lotze