UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No. 05-294 (EGS)** |
| v. | : | |
| | : | |
| | : | Sentencing |
| **TY EDWARDO CLARK,** | : | March 7, 2006 |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION FOR GUIDELINES CREDIT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court, pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines and Paragraph 10 of the plea agreement between the Government and Defendant Ty Edwardo Clark, to adjust Defendant Clark's offense level down one level to reflect Defendant Clark's early plea of guilty in this matter.

As grounds for this motion, the Government states that Defendant Clark assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently. Defendant Clark was indicted on August 4, 2005, and entered a guilty plea on December 12, 2005. As a consequence, the resources of this Court, the United States Attorney's Office, and the Metropolitan Police Department were conserved. The United States Attorney's Office and the Metropolitan Police Department did not have to expend time, energy and resources in preparing for trial in this matter. Court time was conserved as well.

WHEREFORE, the Government respectfully submits that pursuant to Section 3E1.1(b) of the Sentencing Guidelines, it is appropriate in this case to reduce Defendant Clark's offense level by one level to reflect his early entry of a plea of guilty in this matter.

                                                 KENNETH L. WAINSTEIN
                                                 United States Attorney

BY: _____
      JESSIE K. LIU
      Assistant United States Attorney
      D.C. Bar No. 472845
      555 Fourth Street, N.W., Room 4649
      Washington, D.C. 20530
      (202) 514-7549

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Government's Motion for Guidelines Credit to be served via first-class United States mail, postage prepaid, on counsel for Defendant:

      Nikki U. Lotze, Esquire
      Roberts & Wood
      6801 Kenilworth Avenue
      Berkshire Building, Suite 202
      Riverdale, Maryland 20737

this tenth day of February, 2006.

                                      _____
                                      JESSIE K. LIU
                                      Assistant United States Attorney