UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No. 05-294 (EGS)** |
| v. | : | |
| | : | |
| | : | Sentencing |
| **TY EDWARDO CLARK,** | : | March 7, 2006 |
| | : | |
| **Defendant.** | : | |

**ORDER**

WHEREUPON, having considered the Government's Motion for Guidelines Credit, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion is hereby GRANTED.

Date: _____        _____
                               EMMET G. SULLIVAN
                               UNITED STATES DISTRICT JUDGE

copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 4649
Washington, D.C. 20530

Nikki U. Lotze, Esquire
Roberts & Wood
6801 Kenilworth Avenue
Berkshire Building, Suite 202
Riverdale, Maryland 20737