UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-0294 (EGS) |
| | : | |
| v. | : | Judge Sullivan |
| | : | |
| TY EDWARD CLARK, | : | next date: March 7, 2006: Sentencing |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

Upon Consideration of the Unopposed Motion of the United States for a continuance of

the sentencing date,  the lack of any opposition thereto, and the entire record herein, it is by this

Court this ____ day of _____, 2006

ORDERED, that the Motion to Continue the Sentencing Date be GRANTED, and that the

new dates shall be set for _____, 2006 at _____.

_____
Emmet G. Sullivan, Judge
United States District Court

Copies to:

Nikki Lotze, Esquire
6801 Kenilworth Avenue
Riverdale, Maryland 20737


Anthony M. Alexis
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530