**HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: **CR-05-0294** |
|---|---|---|
| vs. | : | |
| Clark, Ty Edwardo | : | Disclosure Date: **January 27, 2006** |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( X )   There are no material/factual inaccuracies therein.

(   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    February 14, 2006
Prosecuting Attorney                                    Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

(   )   There are no material/factual inaccuracies therein.

(   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____          _____          _____
Defendant                                    Date                    Defense Counsel                            Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 10, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer

TOTAL P.02