HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: CR-05-0294

vs.

Clark, Ty Edwardo : Disclosure Date: **January 27, 2006**

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                      **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

x _Ty E Clark_  2-20-06         _[signature]_  2/20/06
**Defendant**         **Date**        **Defense Counsel**        **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 10, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                                      Page 2

para 19: Specific Offense Characteristics —
A 2 point increase to the base offense level has been assigned pursuant to 2D1.1(b)(1). This 2 point increase constitutes impermissible double counting. As indicated in paragraph 16, Counts 1 & 4 are grouped together because of 3D1.2(c). Thus, the sentencing guidelines commission has determined that the appropriate base offense level for the commission of these 2 offenses is 28, not 30.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: ~~FEB~~ 2/21/06