IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 05-294 (EGS) |
| **TY EDWARDO CLARK** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Bond Review Motion, it is this _____ day of _____ 2006, hereby

ORDERED that the motion is granted, and Mr. Clark is to be interviewed by the Pretrial Services Agency for possible placement in the intensive supervision program pending trial.

_____
JUDGE SULLIVAN

cc:   Nikki Lotze
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Jessie Liu
      Office of the United States Attorney
      555 4th Street NW
      Washington, D.C. 20530