## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 05-294 (EGS)** |
| : | |
| **TY EDWARDO CLARK,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## **ORDER**

WHEREUPON, having considered the Defendant's Bond Review Motion, the Government's Opposition thereto, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Defendant's Motion is hereby DENIED, and

FURTHER ORDERED, that the Defendant be detained without bond pending sentencing in this case.

Date: _____          _____
                                 EMMET G. SULLIVAN
                                 UNITED STATES DISTRICT JUDGE


copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4649
Washington, D.C., 20530

Nikki U. Lotze, Esquire
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737