UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-294 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **TY CLARK,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Aaron Mendelsohn, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

AARON MENDELSOHN
Assistant United States Attorney
Federal Major Crimes, Bar No.
555 4th Street, NW, Room 4239
Washington, DC 20530
(202) 514-9519