UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                             )   Criminal No. 05-294(EGS)<br>)<br>TY EDWARDO CLARK,          )<br>)<br>        Defendant.        )<br>) | |

### ORDER

In light of the D.C. Circuit's recent opinion in *United States v. Pickett*, 05-3179 (D.C. Cir. Feb. 13, 2007), it is hereby

**ORDERED** that the defendant shall file a supplemental sentencing memorandum addressing the impact of *Pickett* on this case by no later than **July 13, 2007**; and it is

**FURTHER ORDERED** that the government's response, if any, shall be filed by **July 27, 2007**; and it is

**FURTHER ORDERED** that the status hearing currently scheduled for **March 30, 2007** is **VACATED**. The sentencing is scheduled for **August 14, 2007 at 11:30 a.m.**

SO ORDERED.

Signed:   Emmet G. Sullivan
         United States District Judge
         March 28, 2007