**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                              Criminal No. 05-294 (EGS)

TY CLARK
    Defendant.

**ORDER**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **JANUARY 31, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **FEBRUARY 20, 2008**; the Government's memorandum of law, if any shall be filed by no later than **MARCH 5, 2008**, a reply, if any shall be filed by no later than **MARCH 12, 2008**, ; and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **APRIL 4, 2008 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: December 18, 2007    EMMET G. SULLIVAN
                                   UNITED STATES DISTRICT JUDGE