IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | 05cr294 (EGS) |
| | : | |
| TY CLARK | : | |

**DEFENDANT'S MOTION FOR LEAVE TO LATE FILE SENTENCING MEMORANDUM**

Ty Clark, by and through counsel, respectfully moves this Honorable Court for leave to file the attached defendant's sentencing memorandum. In support of this motion, counsel states the following:

1. The defendant's sentencing memorandum was due in this case on March 31, 2008.

2. Due to an extremely busy trial schedule over the past few months, counsel failed to timely file the memorandum.

3. Mr. Clark's sentencing was also recently rescheduled by the Court from May 30, 2008, to June 12, 2008.

4. Undersigned counsel has agreed with Assigned AUSA Jeff Pearlman, if it is agreeable to the Court, not to oppose the government having an additional 11 days to file its sentencing memorandum.

WHEREFORE, Mr. Clark respectfully requests permission to late file the instant sentencing memorandum.

Respectfully submitted,

\_\_\_\_/s/\_\_\_\_
Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave.
Suite 202

Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion has been sent by fax and by mail this 14th day of April, 2008, to:

AUSA Jeff Pearlman
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

_____/s/_____
Nikki Lotze

Case 1:05-cr-00294-EGS   Document 37   Filed 04/14/2008   Page 3 of 3