UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | 05-cr-294(EGS) |
| | : | |
| LARRY EDWARDS | : | |

ORDER

Upon consideration of Defendant's Unopposed Motion For Leave to Late Sentencing Memorandum, there being no discernible prejudice, it is hereby

ORDERED that the motion is granted.

_____
Judge

Copies to:

Nikki Lotze
Roberts & Wood
6801 Kenilworth Ave.
Suite 202
Riverdale, MD 20737

AUSA Jeff Pearlman
Office of the United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20001