UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :  Criminal No. 05-294 (EGS) |
| v. | : |
| TY CLARK | : |
| Defendant. | : |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice of filing of correspondence from the government withdrawing our original objection to the defendant's potential eligibility for a safety valve reduction.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
BRIDGETTE CRAFTON
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2385