

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 24, 2008

<u>VIA FAX</u>
Nikki Lotze
Roberts and Wood
Berkshire Building
6801 Kenilworth Avenue
Riverdale, MD 20737

US v. Ty Clark 05-294

Dear Attorney Lotze,

I am currently the Assistant United States Attorney assigned to handle this matter. I am withdrawing the government's original objection to your client's eligibility for a possible safety valve departure. Please advise me whether your client is interested in meeting with the government to conduct a debriefing for safety valve consideration.

Please contact me at your earliest convenience. I can be reached at 202-353-2385.

Very truly yours,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
Bridgette Crafton
Assistant United States Attorney